UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-24532-COOKE/GOODMAN

VIVIAN FREDERICK,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
PORTS AMERICA GROUP, INC. d/b/a
PORTS AMERICA; AND
XYZ CORPORATION,

    Defendants.
_____/

### DEFENDANT, PORTS AMERICA GROUP, INC. d/b/a PORTS AMERICA'S MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME AND SUPPORTING MEMORANDUM

Defendant, PORTS AMERICA GROUP, INC. ("PAG"), moves this Court, pursuant to its inherent authority for leave to file the Answer and Affirmative Defenses attached hereto as Exhibit A out of time and, as grounds therefor, will show this Court as follows:

1. PAG is not a proper Defendant in this action.

2. The undersigned so advised Plaintiff's counsel on December 4, 2019 and last week and agreed to work with Plaintiff to facilitate the substitution of the correct Ports America entity, including agreeing to accept service on its behalf, while expressly preserving all defenses.

3. Pursuant thereto, on December 6, 2019, Plaintiff filed a Motion to Substitute Party, which the undersigned agreed not to oppose and expected would be granted, obviating the need for PAG to file a responsive pleading in this matter.

4. But/for the filing of that Motion, PAG's Answer was due on December 6, 2019.

5. Moments ago, however, the undersigned was advised of the Court's denial of Plaintiff's Motion, albeit without prejudice, based on various procedural deficiencies in the filing of the Motion. See Endorsed Order attached as Exhibit B.

6. While PAG reasonably anticipates that Plaintiff will immediately correct those deficiencies and refile her Motion, PAG believes the most prudent course, given other pending deadlines, is to proceed with the filing of its Answer pending the correction of the Complaint.

7. The instant Motion is not interposed for purposes of delay, will serve the interests of justice and judicial economy, and will not prejudice the rights of the parties. *See Yaffa v. Sunsouth Bank*, No.: 3:12cv00288/MCR/CJK, 2014 WL 11512205 (N.D. Fla. Dec. 31, 2014).

WHEREFORE the Defendant, PORTS AMERICA GROUP, INC. respectfully requests that this Court grant it leave to file the attached Answer and Affirmative Defenses out of time and that it grant PAG any and all such further relief to which it is entitled.

### **Local Rule 7.1(3) Certificate of Good Faith**

Undersigned counsel for the Defendant has conferred via telephone with Stefanie A. Black, opposing counsel for Plaintiff, who does not have an objection to the Defendant's Motion for Leave to File Answer Out of Time.

CASE NO.: 19-cv-24532-MGC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **13th** day of December 2019, I electronically filed the foregoing using the ECF system, which will send a notice of electronic filing to ECF registrants.

Bowman and Brooke LLP
Attorneys for Ports America
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Tel. (305) 995-5600; Fax: (305) 995-6100

By:   /s/ James W. McCready III
James W. McCready, III
james.mccready@bowmanandbrooke.com
Florida Bar No. 773220
William R. Wicks, III
william.wicks@bowmanandbrooke.com
Florida Bar No. 222135

## SERVICE LIST

Stefanie A. Black, Esq.
Lipcon, Margulies, Alsina & Winkleman, PA
2 South Biscayne Blvd., Suite 1776
Miami, Florida 33131
sblack@lipcon.com

Rachael Mitchell Fagenson
Norwegian Cruise Line
7665 Corporate Center Drive
Miami, FL 33126
rfagenson@ncl.com